**DENY and Opinion Filed July 5, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-22-00422-CV
_____

## IN RE B.D. AND T.M.D., Relators

**Original Proceeding from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-20-00439-W**

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Goldstein
Opinion by Justice Goldstein

In their May 2, 2022 petition for writ of mandamus, relator foster parents challenge the trial court's final order in the underlying suit affecting the parent-child relationship. They also complain about the trial court's denial of their request for an ex parte temporary restraining order preventing the court-appointed conservators from gaining possession of or access to the subject child.

Based on our review of the petition and record, we conclude that this Court lacks jurisdiction over this original proceeding. To start, relator foster parents lack standing to challenge the final judgment because they failed to intervene before the final judgment was signed. *See First Alief Bank v. White*, 682 S.W.2d 251, 252 (Tex. 1984) (noting that plea in intervention comes too late if filed after judgment); *In re*

*H.G.*, 267 S.W.3d 120, 122, n. 1 (Tex. App.—San Antonio 2008, orig. proceeding) (noting that there was no pending suit in which appellants could intervene once final divorce decree was entered). Further, because the trial court's plenary jurisdiction has now expired, this Court has no power to compel the trial court to vacate the final judgment. *See Elec. Reliability Council of Tex., Inc. v. Panda Power Generation Infrastructure Fund, LLC*, 619 S.W.3d 628, 639 (Tex. 2021) (noting that original proceeding is moot because supreme court is unable to provide relief relators seek and any order it issues would be without practical effect).

Accordingly, we dismiss the petition for writ of mandamus. We also lift the stay issued by our May 3, 2022 order.

/Bonnie Lee Goldstein/
/Bonnie Lee Goldstein/
JUSTICE

220422F.P05